# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT LESLIE ROBERSON, III,** | § | |
| Petitioner, | § | |
| vs. | § | No. 2:09cv327 |
| **RICK THALER, Director,** | § | |
| **Texas Department of Criminal Justice,** | | |
| **Correctional Institutions Division,** | § | |
| Respondent. | | |

## ORDER SUBSTITUTING COUNSEL

This matter comes before the Court on petitioner Robert Leslie Roberson III's ("Roberson's") unopposed motion to substitute counsel (docket entry # 25), filed on February 28, 2012. Having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, the Court finds that it well-taken.

IT IS THEREFORE ORDERED that Seth Kretzer, Esq., 440 Louisiana, Suite 200, Houston, TX 77002, tel # (713) 343-7210, fax # (713) 224-3967 replace John Wright as co-counsel for Roberson. Mr. Wright shall have no further responsibilities in these proceedings.

**SIGNED this 5th day of March, 2012.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE