① "Copy #2"  3-29-14

FILED-CLERK
U.S. DISTRICT COURT
2014 APR -4 AM 10:40
TX EASTERN-MARSHALL
BY_____

Mr. Robert L. Roberson III
#999442
Polunsky Unit
3872 F.M. 350 South
Livingston, TX. 77352-8580

United States District Court
Eastern District of Texas
Clerk of Court
Room 125, 100 East Houston Street
Marshall, Texas 75670

RE: State v. Robert L. Roberson III
2:09cv00327-TJW, In the
U.S. District Court, Eastern
District of Texas, Marshall
Division (Capitol Murder appli-
-cation for Writ of Habeas
Corpus).

"Dear Clerk of Court,"

I'm writing you on the Behalf of putting this Letter to my Attorney on my Records on my Federal Appeals, O.K.!

② "Copy #2"

I'm sending you a self Address Stamped Envelope For you ~~you~~ To Reply Back to me with a Copy of This Legal Document. Thank You,

Sincerely,

Robert L. Roberson III
#999442
~~Robert L.~~ Roberson III

① "Copy #3"   3-29-24

Mr. Robert L. Roberson III
#999442
Polunsky Unit
3872 F.M. 350 South
Livingston, Tx. 77351-8580

Mr. James W. Volberding
Attorney and Counselor At Law
110 North College Avenue, Suite 1850
Tyler, Texas 75702

RE:   State v. Robert L. Roberson III,
2:09cv00327-TJW, In The
U.S. District Court, Eastern
District Of Texas, Marshall Division
(Capital Murder application For
Writ Of Habeas Corpus).

"Dear Mr. James W. Volberding,"

I'm writing you on the Behalf Of To Please check on this new Junk Science Case Of Houston. I do Believe that it's a "Shaken Baby Case", that's in the "C.C.A." at this time, o.k.! The Attorney Brian Wise out of Houston is

② "<u>Copy #3</u>"

Representing this case, O.K.! This case is on the New (Senate Bill 344) in Texas, O.K.! Please do check on this to see if it will help us on my case and Appeals, O.K.! I do Believe that it's SB-344-(22,073). It's a New case out of Houston, O.K..

Also <u>I'm Informing you that I do want you to File my (Actual Innocent) Claim For me!</u> Then also please do File "<u>Trevino V. Thaler</u>", which is ineffective of Counsel on my Trial Attorney and on my Direct Appeal Attorney, O.K.!

Well I do hope and pray that you all are doing alright. May God Bless you all so very Abundantly. Please do get Back with me about all I'm asking of you all to do For me soon. Thank you!

Sincerely,
Robert L. Roberson III
#999442
Robert L. Roberson III

Robert L. Roberson II #999442
Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351-8580

Legal

United States District Court
Eastern District of Texas
Clerk of Court
Room 125, 100 East Houston Street
Marshall, Texas 75670