IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT LESLIE ROBERSON, III | § | |
| *Petitioner,* | § | |
| v. | § | CIVIL ACTION NO. 2:09cv327 |
| DIRECTOR, TDCJ-CID | § | |
| *Respondent.* | § | |

## FINAL JUDGMENT

The Court having considered the Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice.

**So ORDERED and SIGNED this 30th day of September, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE