# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-40622   In re: Robert Roberson, III

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Callie F. Heller
Mr. David O'Toole
Ms. Ellen Stewart-Klein